Case 5:26-cv-00197   Document 7   Filed 03/02/26 in TXSD   Page 1 of 8

United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JULY PAOLA JURADO ROCA *on behalf of* JOSE JAVIER JIMENEZ OBREGON | § § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-CV-197 |
| WARDEN, LA SALLE COUNTY DETENTION CENTER *et al.* | § § § | |

# ORDER

Before the Court is Petitioner's Motion to Proceed *in Forma Pauperis* ("IFP application"). (Dkt. No. 2).

Pursuant to 28 U.S.C. § 1915, a claimant wishing to proceed *in forma pauperis* must submit "an affidavit that includes a statement of all assets such [claimant] possesses." 28 U.S.C. § 1915(a)(1). The decision whether to grant an application to proceed *in forma pauperis* falls within the sound discretion of the Court. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988); *see* 28 U.S.C. 1915(a)(1). When a court determines whether to grant *in forma pauperis* status, it should not consider the substance of the complaint. *See Eason v. Holt*, 73 F.3d 600, 602 n.10 (5th Cir. 1996). Rather, a court should examine the applicant's financial records and determine whether the applicant would suffer "undue financial hardship" if they were required to pay the filing fee. *Prows*, 842 F.2d at 140.

Here, July Paola Jurado Roca filed a Petition for Writ of Habeas Corpus as next friend of her husband, Jose Javier Jimenez Obregon. (*See* Dkt. No. 1). Mrs. Jurado Roca also completed, signed, and filed the IFP application, representing she

1

is the petitioner in this case. (Dkt. No. 2 at 1). However, the petitioner in this case is her husband, Mr. Jimenez Obregon. Further, it is unclear whether the financial information provided in the IFP application pertains to Mr. Jimenez Obregon or his next friend, Mrs. Jurado Roca.[1] (*See* Dkt. No. 2).

In determining whether a petitioner may proceed *in forma pauperis*, the Court "must examine the financial condition of the *in forma pauperis* applicant" which "entails a review of other demands on individual plaintiffs' financial resources[.]" *Prows*, 842 F.2d at 140. However, "[i]t is well settled that 'whether the litigant is unable to pay the costs associated with initiating a lawsuit also depends in part on the litigant's actual ability to get funds from a spouse, a parent, an adult sibling, or other next friend.'" *Limon v. United States*, No. 5:22-CV-33, 2022 WL 22848400, at *1 (S.D. Tex. May 27, 2022) (quoting *Munoz v. Wenone Inc.*, No. 3:21-CV-1049-L-BN, 2021 WL 4312635, at *1 (N.D. Tex. Aug. 17, 2021) (citation modified); *see also Lansford v. Laredo College*, No. 5:23-CV-00045, 2023 WL 4669685, at *1 (S.D. Tex. June 28, 2023) ("In making the IFP determination, the Court may consider the total monetary resources available to assist Plaintiff.").

Accordingly, the Court **ORDERS** Petitioner to re-file his IFP application by **March 16, 2026**. The IFP application must include the financial information of Mr. Jimenez Obregon and the financial information of Mrs. Jurado Roca if she provides Mr. Jimenez Obregon with financial support. Petitioner may provide this information

---

[1] The Court also notes that some of the questions in the IFP application were not fully answered. For example, Mrs. Jurado Roca provides that her monthly expenses include "Food and medicine – American Medical Response (AMR) – Texas Medicine Resources LLP – Bill payment – Insurance." (Dkt. No. 2 at 2). However, she fails to provide the amount of each monthly expense.

by completing and returning the attached form. If Ms. Jurado Roca intends to re-file Petitioner's IFP application as his next friend, she must specify that she is completing the IFP application as Petitioner's next friend as opposed to holding herself out to be the petitioner. **Failure to comply with this Court's Order may result in the denial of Petitioner's request to proceed *in forma pauperis.***

The Clerk of Court is **DIRECTED** to send a copy of this Order via certified mail to Pro Se Petitioner at the address on file.

The Clerk of Court is also **DIRECTED** to send a copy of this Order by any receipted means to July Paola Jurado Roca at 5732 Huffines Blvd, Royse, City, Texas 75189.

IT IS SO **ORDERED**.

**SIGNED** on this 2nd day of March, 2026.

_____
Christopher dos Santos
United States Magistrate Judge

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff/Petitioner* | ) ) ) |
| v. | ) Civil Action No. |
| *Defendant/Respondent* | ) ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Long Form)**

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed:

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | **You** | **Your spouse** |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br>     Are real estate taxes included?  ❏ Yes  ❏ No <br>     Is property insurance included?  ❏ Yes  ❏ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ❒ Yes     ❒ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?     ❒ Yes   ❒ No

    If yes, how much?   $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.

    Your daytime phone number: _____

    Your age: _____   Your years of schooling: _____