United States District Court
Southern District of Texas
**ENTERED**
May 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JULY PAOLA JURADO ROCA *on behalf* | § | |
| *of* JOSE JAVIER JIMENEZ OBREGON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-197 |
| | § | |
| KRISTI NOEM[1] *et al.* | § | |

## ORDER

On April 10, 2026, the Court ordered July Paola Jurado Roca, who allegedly initiated this habeas proceeding on Jose Javier Jimenez Obregon's behalf, to show cause in writing why this petition should not be dismissed (*see* Dkt. No. 19). The Order warned Petitioner that failure to comply may result in dismissal of this action under Federal Rule of Civil Procedure 41(b) (Dkt. No. 19 at 4).

To date, Petitioner has neither responded to the order to show cause, nor filed an amended petition. As Petitioner proceeds *pro se* and given the possibility of relief, Petitioner, again, is **ORDERED TO SHOW CAUSE** in writing why this petition should not be dismissed. If July seeks to pursue this action on Jose's behalf as next friend, she must: (1) adequately explain why Jose cannot prosecute this habeas proceeding on his own consistent with relevant case law; (2) provide proof to support why the circumstances prevent him from representing his own interests; and (3) establish that she is truly dedicated to Jose's best interests. Petitioner shall file his response **no later than May 18, 2026**. Alternatively, Real Party in Interest may file an amended petition, **no later than May 18, 2026**, addressing the deficiencies highlighted in the Court's previous

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin is automatically substituted for Respondent Kristi Noem in this case. The Clerk of Court is **DIRECTED** to substitute this party on the docket sheet.

1

Order (*see* Dkt. No. 19).

**Petitioner and Real Party in Interest are WARNED that failure to comply with this Order may result in dismissal of this action under Federal Rule of Civil Procedure 41(b).** *See* Rules Governing Section 2254 Cases, Rule 12 (the Federal Rules of Civil Procedure apply in habeas actions "to the extent that they are not inconsistent with any statutory provisions or these rules"); *see also* Rules Governing Section 2254 Cases, Rule 1(b) (§ 2254 rules apply to 28 U.S.C. § 2241 cases); *see also* Fed. R. Civ. P. 81(a)(4).

The Clerk of Court is **DIRECTED** to serve a copy of this Order on Petitioner via any receipted means at:

> July Paola Jurado Roca
> 5732 Huffines Boulevard
> Royse City, Texas 75189

The Clerk of Court is also **DIRECTED** to serve a copy of this Order on Real Party in Interest via any receipted means at:

> Jose Javier Jimenez Obregon
> A-Number: 243-087-194
> Karnes County Immigration Processing Center
> 810 Commerce Street
> Karnes City, Texas 78118

It is so **ORDERED**.

**SIGNED** May 5, 2026.

_____
Marina Garcia Marmolejo
United States District Judge

2